AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 11-12753
Hon. Bernard A. Friedman

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: Ate My Heart, Inc.

Date of Service: 6/29/2011

## Method of Service

___ Personally served at this address:

___ Left copies at the usual place of abode with (name of person):

X Other (specify): Served via certified mail to registered agent, Jeff Guyman of Gelfand, Rennert & Feldman, LLP, 1880 Century Park E., Suite 1600, Los Angeles, CA 90067 (Return receipt attached)

___ Returned unexecuted (reason):

**Service Fees:** Travel $ 0   Service $ 0   Total $ 0

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: Meaghan Shulman
Signature of Server: Meaghan M. S.
Date: 7/5/2011
Server's Address: 24100 Southfield Rd, Ste. 205, Southfield, MI 48075

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery 6/29/11 |
| 1. Article Addressed to:<br>Ate My Heart, Inc.<br>RA: Jeff Guzman<br>Gelfand, Rennert & Feldman LLP<br>1880 Century Park E.<br>Ste. 1600, Los Angeles, CA 90067 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service) | 7010 2780 0002 8990 9734 |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |