AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 11-12753
Hon. Bernard A. Friedman

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Bravado International Group Merchandising Services, Inc.

Date of Service:    6/29/2011

## Method of Service

___ Personally served at this address:

___ Left copies at the usual place of abode with (name of person):

_X_ Other (specify): Served via certified mail to Registered Agent: CT Corporation System at 818 W. 7th Street, Los Angeles, CA 90017. (Return receipt attached)

___ Returned unexecuted (reason):

**Service Fees:**    Travel $ 0    Service $ 0    Total $ 0

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    Meaghan Shillman
Signature of Server:    Meaghan M. Sh~
Date:    7/5/2011
Server's Address:    24100 Southfield Rd., Ste. 305
Southfield, MI 48075

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Rudy Rivera_ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery<br>_Rivera_  JUN 29 2011 |
| 1. Article Addressed to:<br>Bravado International Group<br>Merchandising Services, Inc<br>RA: CT Corporation System<br>818 W. 7th St.<br>Los Angeles, CA 90017 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service | 7010 2780 0002 8990 9727 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540