AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 11-12753
Hon. Bernard A. Friedman

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:  Live Nation Entertainment Inc.

Date of Service:  7/1/2011

## Method of Service

____ Personally served at this address:

____ Left copies at the usual place of abode with (name of person):

_X_ Other (specify): Served via certified mail to Registered Agent: CSC-Lawyers Incorporating Service at 2730 Gateway Oaks Dr., Ste. 100, Sacramento, CA 95833 (Return receipt attached)

____ Returned unexecuted (reason):

**Service Fees:**  Travel $ 0   Service $ 0   Total $ 0

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: Meaghan Shulman
Signature of Server: Meaghan M. Sh
Date: 7/6/2011
Server's Address: 24100 Southfield Rd., Ste. 305, Southfield, MI 48075

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X *[signature: King]*  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) LINDA KING   C. Date of Delivery JUL 0 1 2011<br>D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Live Nation Entertainment, Inc.<br>R/A: CSC - Lawyers Incorporating Service<br>2730 Gateway Oaks Dr.<br>Suite 100<br>Sacramento, CA 95833 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7010 2780 0002 8990 9772 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540