AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 11-12753
Hon. Bernard A. Friedman

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   Mermaid Music, LLC

Date of Service:   7/1/2011

## Method of Service

____ Personally served at this address:

____ Left copies at the usual place of abode with (name of person):

__X__ Other (specify): Served via certified mail to registered agent: CPA Jeff Gilman at Gelfand, Rennert & Feldman 1880 Century Park E #1600, Los Angeles, CA 90067. (Return receipt attached.)

____ Returned unexecuted (reason):

**Service Fees:**   Travel $ 0   Service $ 0   Total $ 0

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: Meaghan Shulman
Signature of Server: Meaghan M. Sh.
Date: 7/6/2011
Server's Address: 24100 Southfield Rd., Ste. 305, Southfield, MI 48075

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) Marin Hopen  C. Date of Delivery 7/1/11 |
| 1. Article Addressed to:<br>Mermaid Music, LLC,<br>C/O Gelfand, Rennert &<br>Feldman, CPA Jeff Gitnea<br>1880 Century Park E #1600<br>Los Angeles, CA 90067 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from ser | 7010 2780 0002 8990 9765 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540