AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 11-12753
Hon. Bernard A. Friedman

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   Universal Music Group, Inc.

Date of Service:   7/1/2011

## Method of Service

___ Personally served at this address:

___ Left copies at the usual place of abode with (name of person):

_X_ Other (specify): Served via certified mail to Registered Agent, CT corporation at 818 W. 7th St., Los Angeles, CA 90017. (Return receipt attached)

___ Returned unexecuted (reason):

**Service Fees:**   Travel $ 0   Service $ 0   Total $ 0

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: Meaghan Shulman
Signature of Server: Meaghan M. Sh
Date: 7/5/2011
Server's Address: 24100 Southfield Rd, Ste. 305
Southfield, MI 48075

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Universal Music Group, Inc.
   RA: CT Corporation Co.
   818 W. 7th St.
   Los Angeles, CA 90017

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Rudy Reyes_   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )

C. Date of Delivery: JUL 1 2011

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7010 2780 0002 8990 9758

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540