AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 11-12753
Hon. Bernard A. Friedman

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: Live Nation Merchandise Inc

Date of Service: 6/30/2011

## Method of Service

___ Personally served at this address:

___ Left copies at the usual place of abode with (name of person):

_X_ Other (specify): Served via certified mail to registered agent CSC-Lawyers Inc. Service at 2730 Gateway Oaks Dr., Ste. 100, Sacramento CA 95833 (Return receipt attached.)

___ Returned unexecuted (reason):

**Service Fees:**  Travel $ 0  Service $ 0  Total $ 0

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: Meaghan Shulman
Signature of Server: Meaghan M. Sh
Date: 7/5/2011
Server's Address: 24100 Southfield Rd., Ste. 305
Southfield, MI 48075

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Live Nation Merchandise Inc.
RA: CSC-Lawyers Inc
Service
2730 Gateway Oaks Dr
Ste. 100
Sacramento, CA 95833

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _King_
☐ Agent
☐ Addressee

B. Received by (Printed Name): LINDA KING
C. Date of Delivery: 6/30/2011

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

JUN 30 2011

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7010 2780 0002 8990 9741

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540