UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAITLIN DEMETSENARE,

      Individually and all Others
      Similarly Situated,

         Plaintiffs,

vs.                                                           Case No. 11-12753
                                                              Hon. Bernard Friedman

STEFANI GERMANOTTA, a/k/a LADY GAGA;
ATE MY HEART, INC.;
MERMAID MUSIC, L.L.C.;
HOUSE OF GAGA PUBLISHING, INC.;
BRAVADO INTERNATIONAL GROUP
MERCHANDISING SERVICES INC.;
LIVE NATION ENTERTAINMENT INC.;
LIVE NATION MERCHANDISE INC.;
UNIVERSAL MUSIC GROUP INC.,

         Defendants.

---

**STIPULATION AND ORDER EXTENDING TIME
FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING**

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel of record,

that Defendants shall have until Tuesday, September 6, 2011 to file a responsive pleading to

Plaintiffs' Complaint.


1-800-LAW-FIRM                                  DICKINSON WRIGHT PLLC

By: /s/ Alyson Oliver_____          By: /s/  Daniel D. Quick_____
Alyson Oliver (P55020)                          Daniel D. Quick  (P48109)
Ari Kresch (P29593)                             2600 W. Big Beaver Road, Suite 300
24100 Southfield Road Ste. 305                  Troy, MI 48084
Southfield, MI 48075                            (248) 433-7200
1-800-LAW-FIRM                                  *Attorney for Defendants*
*Attorneys for Plaintiff*


1

**ORDER EXTENDING TIME**
**FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING**


The parties having so stipulated, and the Court being otherwise fully advised in the

premises;

IT IS HEREBY ORDERED that defendants shall have until September 6, 2011 to file a

responsive pleading to Plaintiffs' Complaint.

IT IS SO ORDERED.



Dated: August 17, 2011                                   s/Bernard A. Friedman
                                                         Honorable Bernard Friedman
                                                         United States District Judge

2