UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAITLIN DEMETSENARE,

    Individually and all Others
    Similarly Situated,

        Plaintiffs,

vs.

Case No. 11-12753
Hon. Bernard Friedman

STEFANI GERMANOTTA, a/k/a LADY GAGA;
ATE MY HEART, INC.;
MERMAID MUSIC, L.L.C.;
HOUSE OF GAGA PUBLISHING, INC.;
BRAVADO INTERNATIONAL GROUP
MERCHANDISING SERVICES INC.;
LIVE NATION ENTERTAINMENT INC.;
LIVE NATION MERCHANDISE INC.;
UNIVERSAL MUSIC GROUP INC.,

        Defendants.

---

## **LIMITED APPEARANCE**

TO:    CLERK OF THE COURT

Please enter the Limited Appearance of Daniel D. Quick of Dickinson Wright PLLC as counsel for the above captioned Defendants in the above-entitled matter limited for the purpose of receiving notice of ECF filings and without waiver of any defenses, including as to personal jurisdiction.

                                              /s/ Daniel D. Quick  P48109
                                              Daniel D. Quick (P48109)
                                              DICKINSON WRIGHT PLLC
                                              2600 West Big Beaver Road, Suite 300
                                              Troy, MI  48084-3312
                                              (248) 433-7200
                                              dquick@dickinsonwright.com
                                              *Attorneys for Defendants*

Dated: August 23, 2011

## **CERTIFICATE OF SERVICE**

I certify that on August 23, 2011, I caused to be electronically filed the foregoing Appearance with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record.

/s/ Daniel D. Quick  P48109
Daniel D. Quick (P48109)
DICKINSON WRIGHT PLLC
2600 West Big Beaver Road, Suite 300
Troy, MI  48084-3312
(248) 433-7200
dquick@dickinsonwright.com

*Attorneys for Defendants*

BLOOMFIELD 46456-16 1138314v1