UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAITLIN DEMETSENARE,

    Individually and all Others
    Similarly Situated,

        Plaintiffs,

vs.                                                                 Case No. 11-12753
                                                                  Hon. Bernard Friedman

STEFANI GERMANOTTA, a/k/a LADY GAGA;
ATE MY HEART, INC.;
MERMAID MUSIC, L.L.C.;
HOUSE OF GAGA PUBLISHING, INC.;
BRAVADO INTERNATIONAL GROUP
MERCHANDISING SERVICES INC.;
LIVE NATION ENTERTAINMENT INC.;
LIVE NATION MERCHANDISE INC.;
UNIVERSAL MUSIC GROUP INC.,

        Defendants.

---

**STIPULATION AND ORDER EXTENDING TIME
FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING**

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel of record, that Defendants shall have until Friday, September 30, 2011 to file a responsive pleading to Plaintiffs' Complaint.

| 1-800-LAW-FIRM | DICKINSON WRIGHT PLLC |
|---|---|
| By: /s/ Alyson Oliver | By: /s/ Daniel D. Quick |
| Alyson Oliver (P55020) | Daniel D. Quick (P48109) |
| Ari Kresch (P29593) | 2600 W. Big Beaver Road, Suite 300 |
| 24100 Southfield Road Ste. 305 | Troy, MI 48084 |
| Southfield, MI 48075 | (248) 433-7200 |
| 1-800-LAW-FIRM | *Attorney for Defendants* |
| *Attorneys for Plaintiff* | |

# ORDER EXTENDING TIME
## FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING

    At a session of said Court, held in the United States District Court, Eastern District of Michigan, Southern Division on: August 24, 2011

    s/Bernard A. Friedman
    PRESENT:  Hon.  Bernard Friedman

The parties having so stipulated, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Defendants shall have until September 30, 2011 to file a responsive pleading to Plaintiffs' Complaint.

IT IS SO ORDERED.

August 24, 2011

    s/Bernard A. Friedman_____
    Honorable Bernard Friedman
    United States District Judge

BLOOMFIELD 46456-16 1137430v1