UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Caitlin DeMetsenare,

           Plaintiff(s),

v.                                       Case No. 2:11–cv–12753–BAF–LJM
                                        Hon. Bernard A. Friedman

Stefani Germanotta, et al.,

           Defendant(s).

_____

**ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

   **IT IS ORDERED** that this matter is referred to United States Magistrate Judge Michelson, pursuant to 28 U.S.C. § 636(b)(3), for the following purpose(s):

- **Conduct settlement conference**

                                        s/ Bernard A. Friedman
                                        Bernard A. Friedman
                                        United States District Judge

**Certificate of Service**

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                        s/ C. Mullins
                                        Deputy Clerk

Dated:  October 20, 2011