UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAITLIN DEMETSENARE,

    Individually and all Others
    Similarly Situated,

    Plaintiffs,

vs.    Case No. 11-12753
    Hon. Bernard Friedman

STEFANI GERMANOTTA, a/k/a LADY GAGA;
ATE MY HEART, INC.;
MERMAID MUSIC, L.L.C.;
HOUSE OF GAGA PUBLISHING, INC.;
BRAVADO INTERNATIONAL GROUP
MERCHANDISING SERVICES INC.;
LIVE NATION ENTERTAINMENT INC.;
LIVE NATION MERCHANDISE INC.;
UNIVERSAL MUSIC GROUP INC.,

    Defendants.

---

**STIPULATION AND ORDER EXTENDING TIME
FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING**

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel of record, that Defendants shall have until 14 calendar days after the settlement conference (to be scheduled with Magistrate Michelson) to file a responsive pleading to Plaintiffs' Complaint.  In no event, shall the responsive pleading, pursuant to this stipulation, be filed later than November 30, 2011.

| | |
|---|---|
| 1-800-LAW-FIRM | DICKINSON WRIGHT PLLC |
| By:  /s/ Alyson Oliver_____ | By:  /s/   Daniel D. Quick_____ |
| Alyson Oliver (P55020) | Daniel D. Quick  (P48109) |
| Ari Kresch (P29593) | 2600 W. Big Beaver Road, Suite 300 |
| 24100 Southfield Road Ste. 305 | Troy, MI 48084 |
| Southfield, MI 48075 | (248) 433-7200 |
| 1-800-LAW-FIRM | Attorney for Defendants |
| Attorneys for Plaintiff | |

1

**ORDER EXTENDING TIME**
**FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING**

    At a session of said Court, held in the United States District Court, Eastern District of Michigan, Southern Division on:

                   Bernard A. Friedman
PRESENT:        Hon.  Bernard Friedman

    The parties having so stipulated, and the Court being otherwise fully advised in the premises;

    IT IS HEREBY ORDERED that Defendants shall have until 14 calendar days after the settlement conference (to be scheduled with Magistrate Michelson) to file a responsive pleading to Plaintiffs' Complaint.   In no event, shall the responsive pleading, pursuant to this stipulation, be filed later than November 30, 2011.

    IT IS SO ORDERED.

                                                   _s/Bernard A. Friedman_____
                                                   Honorable Bernard Friedman
                                                   United States District Judge

BLOOMFIELD 46456-16 1137430v3