UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAITLIN DEMETSENARE,

       Individually and all Others
       Similarly Situated,

         Plaintiffs,

vs.                                                                      Case No. 11-12753
                                                                           Hon. Bernard Friedman

STEFANI GERMANOTTA, a/k/a LADY GAGA;
ATE MY HEART, INC.;
MERMAID MUSIC, L.L.C.;
HOUSE OF GAGA PUBLISHING, INC.;
BRAVADO INTERNATIONAL GROUP
MERCHANDISING SERVICES INC.;
LIVE NATION ENTERTAINMENT INC.;
LIVE NATION MERCHANDISE INC.;
UNIVERSAL MUSIC GROUP INC.,

         Defendants.

---

**STIPULATION AND ORDER EXTENDING TIME
FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING**

      IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel of record,

that Defendants shall have until January 16, 2012 to file a responsive pleading to Plaintiffs'

Complaint, the purpose of such extension being to provide the parties with sufficient time to

conclude settlement discussions and attend to related details.

| | |
|---|---|
| 1-800-LAW-FIRM | DICKINSON WRIGHT PLLC |
| By:  /s/ Alyson Oliver_____ | By: /s/   Daniel D. Quick_____ |
| Alyson Oliver (P55020) | Daniel D. Quick  (P48109) |
| Ari Kresch (P29593) | 2600 W. Big Beaver Road, Suite 300 |
| 24100 Southfield Road Ste. 305 | Troy, MI 48084 |
| Southfield, MI 48075 | (248) 433-7200 |
| 1-800-LAW-FIRM | Attorney for Defendants |
| Attorneys for Plaintiff | |

**ORDER EXTENDING TIME**
**FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING**

The parties having so stipulated, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Defendants shall have until January 16, 2012 to file a responsive pleading to Plaintiffs' Complaint.

IT IS SO ORDERED.

November 18, 2011                                        s/Bernard  A. Friedman____
                                                        Honorable Bernard Friedman
                                                        United States District Judge