# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**IN THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

_____

CAITLIN DEMETSENARE,
                 Individually and all others
                 Similarly situated,
                       Plaintiffs,

                                         Case No.11-12753
                                         Hon. Bernard Friedman

Vs.

STEFANI GERMANOTTA,
                 aka LADY GAGA;
ATE MY HEART, INC.,
                 A California Corporation,
MERMAID MUSIC, L.L.C;
                 A New York Corporation,
HOUSE OF GAGA PUBLISHING, INC.
                 A New York Corporation,
BRAVADO INTERNATIONAL GROUP
MERCHANDISING SERVICES INC.,
                 A Foreign Corporation,
LIVE NATION ENTERTAINMENT INC.,
                 A Delaware Corporation,
LIVE NATION MERCHANDISE INC.,
                 A Delaware Corporation,
UNIVERSAL MUSIC GROUP INC.,
                 A Delaware Corporation.
                       Defendants.
_____

## <u>INDEX OF EXHIBITS</u>

EXHIBIT A    Index of Exhibits

EXHIBIT B    Order Granting Preliminary Approval of Settlement and Directing Notice to the Class

EXHIBIT C    Notice of Pendency of Class Action, Stipulation of Settlement, Settlement Hearing, and Right to Appear

EXHIBIT D    Order and Final Judgment

1