UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Caitlin DeMetsenare,

           Plaintiff(s),

v.                                              Case No. 2:11–cv–12753–BAF–LJM
                                                Hon. Bernard A. Friedman

Stefani Germanotta, et al.,

           Defendant(s).

---

**NOTICE TO APPEAR**

You are hereby notified to appear before the Honorable Bernard A. Friedman, Theodore Levin U.S. Courthouse, 231 West Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE:  July 25, 2012 at 02:00 PM

**Certification**

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

                                             By: s/ M Williams
                                                 Case Manager

Dated:  July 3, 2012