UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Caitlin DeMetsenare,

        Plaintiff(s),

v.                                       Case No. 2:11−cv−12753−BAF−LJM
                                             Hon. Bernard A. Friedman

Stefani Germanotta, et al.,

        Defendant(s).

_____

**NOTICE TO APPEAR**

    You are hereby notified to appear before the Honorable Bernard A. Friedman, Theodore Levin U.S. Courthouse, 231 West Lafayette Boulevard, Detroit, Michigan, for the following proceeding(s):

- STATUS CONFERENCE:  July 25, 2012 at 10:00 AM

**Certification**

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record by electronic means or first class U.S. mail.

                                                          By: s/ C. Mullins
                                                              Case Manager

Dated:  July 13, 2012