UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CAITLIN DEMETSENARE,
    Individually and all others
    Similarly situated,
        Plaintiffs,

Case No.11-12753
Hon. Bernard Friedman

Vs.

STEFANI GERMANOTTA,
    aka LADY GAGA;
ATE MY HEART, INC.,
    A California Corporation,
MERMAID MUSIC, L.L.C;
    A New York Corporation,
HOUSE OF GAGA PUBLISHING, INC.
    A New York Corporation,
BRAVADO INTERNATIONAL GROUP
MERCHANDISING SERVICES INC.,
    A Foreign Corporation,
LIVE NATION ENTERTAINMENT INC.,
    A Delaware Corporation,
LIVE NATION MERCHANDISE INC.,
    A Delaware Corporation,
UNIVERSAL MUSIC GROUP INC.,
    A Delaware Corporation.
        Defendants.
_____/

## PLAINTIFF'S AMENDED MOTION FOR CERTIFICATION OF SETTLEMENT CLASS, APPROVAL OF NOTICE PLAN, AND PRELIMINARY APPROVAL OF PROPOSED CLASS SETTLEMENT

Alyson L. Oliver
Oliver Law Group PC
950 W. University Drive Ste. 200
Rochester, MI 48307
(248) 327-6556
notifications@oliverlg.com
*Counsel for Plaintiff*

Daniel D. Quick
Dickenson Wright
2600 West Big Beaver Road Ste. 300
Troy, MI 48034
(248) 433-7242
quick@dickinsonwright.com
*Counsel for Defendants*

1

Plaintiff, by her attorneys, Oliver Law Group PC ("Plaintiff's Counsel), bring this Motion pursuant to Fed. R. Civ. P. 23(e), seeking preliminary approval of a proposed settlement which will resolve the claims asserted in this litigation.

In support of her Motion, Plaintiff relies upon the attached Brief and exhibits attached to the Stipulation of Settlement.

For the reasons set forth in the attached Brief, Plaintiff respectfully requests that the Court enter an Order: (1) preliminarily approving the proposed settlement as set forth in the Stipulation of the Settlement; (2) preliminarily certifying the proposed Class and appointing Plaintiff's Counsel as Class Counsel; (3) approving the form and manner of notice; and (4) setting forth a schedule for completing the approval process.

Dated: August 15, 2012                     Respectfully Submitted,


/s/Alyson L. Oliver
OLIVER LAW GROUP PC
Alyson L. Oliver (P55020)
950 W. University Drive, Ste. 200
Rochester, MI 48307
(248) 327-6556
aoliver@oliverlg.com
*Counsel for Plaintiff*

2