UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Caitlin DeMetsenare,

                Plaintiff(s),

v.                                      Case No. 2:11–cv–12753–BAF–LJM
                                        Hon. Bernard A. Friedman

Stefani Germanotta, et al.,

                Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Bernard A. Friedman at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. The following motion(s) are *rescheduled* for hearing:

Motion to Certify Class – #25

- MOTION HEARING: October 10, 2012 at 11:00 AM

**ADDITIONAL INFORMATION:** Adjournment from 10/3/2012

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                              By: s/C. Mullins
                                                   Case Manager

Dated: September 7, 2012