UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Caitlin DeMetsenare,

                Plaintiff(s),

v.                                           Case No. 2:11−cv−12753−BAF−LJM
                                            Hon. Bernard A. Friedman

Stefani Germanotta, et al.,

                Defendant(s),

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before District Judge Bernard A. Friedman at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. The following motion(s) are *rescheduled* for hearing:

    Motion to Certify Class − #25

- MOTION HEARING: October 9, 2012 at 02:00 PM

**ADDITIONAL INFORMATION:**    Rescheduled from 10/10/12

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                            By: s/C. Mullins
                                                                Case Manager

Dated:   September 7, 2012