UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CAITLIN DEMETSENARE, individually and all others Similarly situated,<br><br>         Plaintiffs,<br>v.<br><br>STEFANI GERMANOTTA,<br>  aka LADY GAGA;<br>ATE MY HEART, INC..,<br>  A California Corporation,<br>MERMAID MUSIC, L.L.C;<br>  A New York Corporation,<br>HOUSE OF GAGA PUBLISHING, INC.<br>  A New York Corporation,<br>BRAVADO INTERNATIONAL GROUP<br>MERCHANDISING SERVICES, INC.,<br>  A Foreign Corporation,<br>LIVE NATION ENTERTAINMENT INC.,<br>  A Delaware Corporation,<br>LIVE NATION MERCHANDISE INC.,<br>  A Delaware Corporation,<br>UNIVERSAL MUSIC GROUP INC.,<br>  A Delaware Corporation.<br>         Defendants. | Case No. 2:11-cv-12753<br><br>Judge: Bernard A. Friedman |

## AFFIDAVIT

KEN ORR, being duly sworn states:

1. I am not a party and have no interest in this litigation.

2. I am an employee of ICS Marketing Services, located in Lansing, Michigan.

3. I was hired by Oliver Law Group PC ("Plaintiff's Counsel") to electronically transmit the provided potential Class Member list; the Amended Order Granting Preliminary Approval of Settlement and Directing Notice to Class, Amended Notice of Motion Hearing, and the Notice of Pendency of Class Action, Stipulation of Settlement, Settlement Hearing, and Right to Appear.

4. I completed this task on September 11, 2012.

5. I provided a list to the Plaintiff's Counsel of any potential Class Member's e-mail that was kicked back so that they could execute service via USPS mail.

Signature of Affiant: The undersigned declares, under penalty of perjury, that the foregoing is true and correct and that the deponent is over the age of 18 and is not a party to nor interested in this action.

_____ 9-13-12
Signature of Affiant          Date

State of __Michigan__
County of __Ingham__
Sworn and subscribed before me this __13__ day of __September__ in the year of __2012__

__Jackeline Halliwill__ Notary Public for
Notary Public
Commission Expiration: __3-5-2019__

> **L JACKELINE HALLIWILL**
> NOTARY PUBLIC - STATE OF MICHIGAN
> COUNTY OF EATON
> My Commission Expires March 5, 2019
> Acting in the County of __Eaton__

2