UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CAITLIN DEMETSENARE, individually and all others Similarly situated,<br><br>                            Plaintiffs,<br>v.<br><br>STEFANI GERMANOTTA,<br>     aka LADY GAGA;<br>ATE MY HEART, INC.,,<br>     A California Corporation,<br>MERMAID MUSIC, L.L.C;<br>     A New York Corporation,<br>HOUSE OF GAGA PUBLISHING, INC.<br>     A New York Corporation,<br>BRAVADO INTERNATIONAL GROUP<br>MERCHANDISING SERVICES, INC.,<br>     A Foreign Corporation,<br>LIVE NATION ENTERTAINMENT INC.,<br>     A Delaware Corporation,<br>LIVE NATION MERCHANDISE INC.,<br>     A Delaware Corporation,<br>UNIVERSAL MUSIC GROUP INC.,<br>     A Delaware Corporation.<br>                            Defendants. | Case No. 2:11-cv-12753<br><br>Judge: Bernard A. Friedman |

## AFFIDAVIT

ROBERT DORR, being duly sworn states:

1. I am not a party and have no interest in this litigation.

2. I am an employee of National Print & Mail, Inc., located in Troy, Michigan.

3. I was hired by Oliver Law Group P.C. ("Plaintiff's Counsel") to provide potential Class Members via USPS mail (that had not provided e-mail addresses), the Amended Order Granting Preliminary Approval of Settlement and Directing Notice to Class, Amended Notice of Motion Hearing, and the Notice of Pendency of Class Action, Stipulation of Settlement, Settlement Hearing, and Right to Appear.

4. On September 24, 2012, Oliver Law Group PC hired National Print & Mail, Inc., located in Troy, Michigan to complete the final mailing of the remaining 5,480 potential class members via USPS mail.

5. On September 28, 2012, the Amended Order Granting Preliminary Approval of Settlement and Directing Notice to Class, Amended Notice of Motion Hearing, and the Notice of Pendency of Class Action, Stipulation of Settlement, Settlement Hearing, and Right to Appear was sent via USPS First Class mail to 5,480 potential class members.

Signature of Affiant: The undersigned declares, under penalty of perjury, that the foregoing is true and correct and that the deponent is over the age of 18 and is not a party to nor interested in this action.

_Robert Oan_   10/1/12

Signature of Affiant   Date

State of _MI_
County of _Oakland_
Sworn and subscribed before me this _1st_ day of _October_, in the year of _2012_

_____ Notary Public for _Macomb County_
Notary Public
Commission Expiration:

DANIEL LaGORE
NOTARY PUBLIC - MICHIGAN
MACOMB COUNTY
ACTING IN THE COUNTY OF OAKLAND
MY COMMISSION EXPIRES DEC. 20, 2017

2