UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

CAITLIN DEMETSENARE,
    Individually and all others
    Similarly situated,
        Plaintiffs,

                              Case No. 11-12753
                              Hon. Bernard Friedman

    Vs.

STEFANI GERMANOTTA,
    aka LADY GAGA;
ATE MY HEART, INC.,
    A California Corporation,
MERMAID MUSIC, L.L.C;
    A New York Corporation,
HOUSE OF GAGA PUBLISHING, INC.
    A New York Corporation,
BRAVADO INTERNATIONAL GROUP
MERCHANDISING SERVICES INC.,
    A Foreign Corporation,
LIVE NATION ENTERTAINMENT INC.,
    A Delaware Corporation,
LIVE NATION MERCHANDISE INC.,
    A Delaware Corporation,
UNIVERSAL MUSIC GROUP INC.,
    A Delaware Corporation.
        Defendants.
_____

**INDEX OF EXHIBITS TO DECLARATION OF ALYSON OLIVER IN SUPPORT OF
FINAL APPROVAL OF THE SETTLEMENT, CERTIFICATION OF THE
<u>CLASS AND AWARD OF ATTORNEY'S FEES AND EXPENSES</u>**

**EXHIBIT A |** Curriculum Vitae of Alyson Oliver

**EXHIBIT B|** Affidavit of Ken Orr, Affidavit of Meaghan Skillman, and Affidavit of Robert Dorr

**EXHIBIT C|** Amended Order Granting Preliminary Approval of Settlement and Directing Notice to the Class

**EXHIBIT D|** Affidavit of Alyson Oliver in Support of Final Approval of the Settlement, Certification of the Class and Award of Attorney's Fees and Expenses

**EXHIBIT E|** Oliver Law Group PC Lodestar Report

**EXHIBIT F|** Kresch Oliver PLLC and Oliver Law Group PC Detailed Expense Statements