# EXHIBIT A

# Alyson Oliver

# Oliver Law Group PC

aoliver@oliverlg.com

248.327.6556

---

## CURRICULUM VITAE

With a multifaceted career spanning nearly 14 years, Alyson Oliver's experience as a trial lawyer, and President of Oliver Law Group PC has provided an incredible foundation for handling intricate litigation.

Oliver has thrived over the years on challenging courtroom battles and victories for the underdog. She has launched and actively managed two successful firms. As dynamic trial lawyer, she is a diligent advocate for her clients. Oliver is skilled in all phases of litigation from the preparation and discovery phases through negotiations, hearings and trials.

Oliver's peers have recognized her talent and dedication to her clients and the legal profession. In 2008-2011 Oliver was named a Top 100 Trial Attorney by the American Trial Lawyers Association. The Association is a national organization composed of the Top 100 Trial Lawyers from each state. Membership is obtained through special invitation and is extended only to those attorneys who exemplify superior qualification of leadership, reputation, influence, stature and profile as civil plaintiff or criminal defense trial lawyers. It is the mission of The National Trial Lawyers Association to promote excellence in the legal profession through practical educational programs and legal publications that deal with the current issues facing The American Trial Lawyer.

**Legal Excellence & Professionalism**

Oliver's dedication and commitment to upholding the highest standard of legal excellence and professionalism has been demonstrated in over a decade of service which has included:

- 2003 Pro Bono Recognition from Chief Judge Lawrence P. Zatkoff of the United States District Court, Eastern District of Michigan
- 2008 Pro Bono Recognition from Chief Judge Bernard Friedman of the United States District Court, Eastern District of Michigan.
- Named as a Top 100 Trial Attorney in America's Trial Lawyers Association; 2008, 2009, 2010, 2011

- 2009 Pro Bono Recognition from Chief Judge Gerald E. Rosen of the United States District Court, Eastern District of Michigan.
- 2010 Pro Bono Recognition from Chief Judge Gerald E. Rosen of the United States District Court, Eastern District of Michigan.

**National Press Coverage**

Oliver has been involved in numerous cases that have sparked national and international interest. She has been interviewed and featured in print, online, on television and radio regarding her expertise and involvement with some of the nation's most interesting litigation. As a result, Oliver has been called upon and often quoted by leaders in with Fox 2 News Detroit, Daily Fox News, Channel 95.5 Detroit, Spin 1038 Radio in Dublin, Ireland, Entertainment Weekly, The New York Observer, Digital Spy, Yahoo! News, Entertainment Weekly, Business Wire, Rolling Stone, NBC, Channel 95.5 Detroit, My Fox Phoenix, Huffington Post, Reuters, ABC News, TV Guide, Billboard, Washington Post, Detroit Legal News, WXYZ Channel 7 Detroit, and Bloomberg News.

**Nationwide Networking**

Oliver understands and functions well in the complex litigation landscape. She has engaged in dozens of conferences, counsel meetings and symposiums involving hundreds of law firms in venues across the country that are designed to facilitate consensus for leadership roles, consider organizational structures and promote coordinated litigation efforts.

**Lectures**

Oliver lectured colleagues at the national HarrisMartin Nexgen® Zimmer Knee Litigation Conference in San Fransisco regarding the Zimmer Nexgen litigation strategy. Oliver presented at the Transvaginal Mesh conference in Savannah, Georgia in November 2011. In September 2012 she will have a role in the Daubert considerations as it refers to metal-on-metal hip litigation in New York.

# CURRICULUM VITAE HIGHLIGHTS

- Dynamic Trial Attorney with a 90% win rate for an average of 20 trials annually.
- Six years of progressive trial experience in primary practice of criminal defense prior to electing to move into civil plaintiff's litigation and ultimately complex litigation.
- Procured a published opinion changing the standard for medical treatment for prisoners as counsel in *Garretson v. Madison Heights*, a §1983 case.
- Currently involved in prescription drug Raptiva® cases in the Sixth Circuit Court of Appeals in an effort to improve interpretation of Michigan law regarding product liability immunity and simultaneously pursuing legislative efforts with other interested colleagues on this important issue.
- Appointed as class counsel repeatedly in multiple states; currently serving as class counsel in WARN act litigation in St. Louis, Missouri.

- Presenter of oral argument at Judicial Panel of Multi-District Litigation (JPML) in efforts to consolidate national litigations in MDL proceedings in Imprelis Litigation and Transvaginal Mesh litigation.
- Currently involved in MDL litigation in DePuy ASR, Medtronic Sprint Fidelis, Digitek, DePuy ASR and Pinnacle, Yaz®, Transvaginal Mesh and NuvaRing®.
- Appointed to and currently serving on the Plaintiff Steering Committee on Zimmer NexGen® Knee Multi-District Litigation pending in Chicago, Illinois before the Hon. Rebecca Pallmeyer.
- Engaged in law and motion committee, plaintiffs vetting committee and discovery committees in multiple MDLs and class actions; currently in Zimmer NexGen®, Imprelis Multi District Litigations and Blue Cross Blue Shield of Michigan antitrust litigation.
- Presented oral argument in front of the Judicial Panel on Multi-District Litigation (JPML) for the DaVinci, Transvaginal Mesh, and Imprelis Multi- District Litigations.
- Appointed to and currently serving on the Plaintiff Steering Committee on Transvaginal Mesh Multi-District Litigations pending in Charleston, West Virginia before the Hon. Joseph R. Goodwin
  -Ethicon, Inc. (MDL No. 2327)
  -American Medical Systems, Inc. (MDL No. 2325)
  -Boston Scientific, Inc. (MDL No. 2326)
  -C.R. Bard, Inc. (MDL No. 2187)
  -Ethicon (MDL No. 2327)

\* Appointed to and currently serving on the Plaintiff Steering Committee on Michigan Windows and Doors Multi-District Litigation pending in Charleston, South Carolina.

## EDUCATION

B.A. 1994 – Oakland University

J.D. 1998- University of Detroit Mercy

## STATE COURT BAR ADMISSION

Michigan (5/12/1999)

---

## FEDERAL COURT BAR ADMISSIONS

United States Court of Appeals
Sixth Circuit

United States District Courts of Illinois
Central District and Southern District

United States District Court of Indiana
Northern District

United States District Courts of Michigan
Eastern District and Western District

United States District Court of New York
Northern District

United States District Court of Ohio
Northern District

United States District Court of Texas
Southern District

United States District Courts of Wisconsin
Eastern District

---

## SPECIAL APPOINTMENTS AND RECOGNITION

1. 4/15/2003| Pro Bono Recognition from Chief Judge Lawrence P. Zatkoff of the United States District Court, Eastern District of Michigan.
2. 9/23/2008| Pro Bono Recognition from Chief Judge Bernard Friedman of the United States District Court, Eastern District of Michigan.
3. Named as a Top 100 Trial Attorney in America's Trial Lawyers Association; 2008, 2009, 2010, 2011
4. 9/15/2009| Pro Bono Recognition from Chief Judge Gerald E. Rosen of the United States District Court, Eastern District of Michigan.

5. 9/15/2010| Pro Bono Recognition from Chief Judge Gerald E. Rosen of the United States District Court, Eastern District of Michigan.

---

## AFFILIATIONS

- American Trial Lawyers Association
- American Association of Justice
- Oakland County Bar Association
- State Bar of Michigan
- Criminal Defense Attorneys of Michigan
- U.S. District Court Pro Bono Committee
- Consumer Law Division, State Bar of Michigan
- Federal Bar Association
- National Association of Bankruptcy Attorneys
- Association of Wage and Hour Attorneys

---