# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CAITLIN DEMETSENARE, individually and all others Similarly situated,<br><br>                                       Plaintiffs,<br>v.<br><br>STEFANI GERMANOTTA,<br>     aka LADY GAGA;<br>ATE MY HEART, INC..,<br>     A California Corporation,<br>MERMAID MUSIC, L.L.C;<br>     A New York Corporation,<br>HOUSE OF GAGA PUBLISHING, INC.<br>     A New York Corporation,<br>BRAVADO INTERNATIONAL GROUP<br>MERCHANDISING SERVICES, INC.,<br>     A Foreign Corporation,<br>LIVE NATION ENTERTAINMENT INC.,<br>     A Delaware Corporation,<br>LIVE NATION MERCHANDISE INC.,<br>     A Delaware Corporation,<br>UNIVERSAL MUSIC GROUP INC.,<br>     A Delaware Corporation.<br>                                       Defendants. | Case No. 2:11-cv-12753<br><br>Judge: Bernard A. Friedman |

### AFFIDAVIT

KEN ORR, being duly sworn states:

1. I am not a party and have no interest in this litigation.

2. I am an employee of ICS Marketing Services, located in Lansing, Michigan.

3. I was hired by Oliver Law Group PC ("Plaintiff's Counsel") to electronically transmit the provided potential Class Member list; the Amended Order Granting Preliminary Approval of Settlement and Directing Notice to Class, Amended Notice of Motion Hearing, and the Notice of Pendency of Class Action, Stipulation of Settlement, Settlement Hearing, and Right to Appear.

1

4. I completed this task on September 11, 2012.

5. I provided a list to the Plaintiff's Counsel of any potential Class Member's e-mail that was kicked back so that they could execute service via USPS mail.

Signature of Affiant: The undersigned declares, under penalty of perjury, that the foregoing is true and correct and that the deponent is over the age of 18 and is not a party to nor interested in this action.

_____  9-13-12
Signature of Affiant        Date

State of _Michigan_
County of _Ingham_
Sworn and subscribed before me this _13_ day of _September_ in the year of _2012_

_____ Notary Public for
Notary Public
Commission Expiration: 3-5-2019

> **L JACKELINE HALLIWILL**
> NOTARY PUBLIC - STATE OF MICHIGAN
> COUNTY OF EATON
> My Commission Expires March 5, 2019
> Acting in the County of _Eaton_

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CAITLIN DEMETSENARE, individually and all others Similarly situated,<br><br>                            Plaintiffs,<br>v.<br><br>STEFANI GERMANOTTA,<br>     aka LADY GAGA;<br>ATE MY HEART, INC.,,<br>     A California Corporation,<br>MERMAID MUSIC, L.L.C;<br>     A New York Corporation,<br>HOUSE OF GAGA PUBLISHING, INC.<br>     A New York Corporation,<br>BRAVADO INTERNATIONAL GROUP<br>MERCHANDISING SERVICES, INC.,<br>     A Foreign Corporation,<br>LIVE NATION ENTERTAINMENT INC.,<br>     A Delaware Corporation,<br>LIVE NATION MERCHANDISE INC.,<br>     A Delaware Corporation,<br>UNIVERSAL MUSIC GROUP INC.,<br>     A Delaware Corporation.<br>                              Defendants. | Case No. 2:11-cv-12753<br><br>Judge: Bernard A. Friedman |

## AFFIDAVIT

MEAGHAN SKILLMAN, being duly sworn states:

1. I am not a party and have no interest in this litigation.

2. I am an employee of Oliver Law Group P.C., located in Rochester, Michigan.

3. I was given the task by Oliver Law Group P.C. ("Plaintiff's Counsel") to provide potential Class Members via USPS mail (that had not provided e-mail addresses), the Amended Order Granting Preliminary Approval of Settlement and Directing Notice to Class, Amended Notice of Motion Hearing, and the Notice of Pendency of Class Action, Stipulation of Settlement, Settlement Hearing, and Right to Appear.

4. I completed this task on September 11, 2012.

5. On September 13, 2012 ICS Marketing Services provided me with a list of 7,194 potential class members that had invalid or "bounce back" e-mails from the Class Notice that was sent in electronic mail format.

6. On September 24, 2012 I completed mailing via USPS mail 1,714 out of the 7,194 potential class members that were invalid or had "bounce back" e-mails.

7. Out of the 7,194 potential class members provided in the invalid/bounce back list from ICS Marketing Services, 85 had invalid mailing addresses in addition to invalid e-mail addresses and did not receive class notice (Plaintiffs' Counsel is happy to provide documentation upon request of such potential class members).

8. On September 24, 2012, Oliver Law Group PC retained National Print & Mail, Inc., located in Troy, Michigan to complete the final mailing of the remaining 5,480 potential class members via USPS mail (Affidavit of National Print & Mail, Inc. will be filed separately).

Signature of Affiant: The undersigned declares, under penalty of perjury, that the foregoing is true and correct and that the deponent is over the age of 18 and is not a party to nor interested in this action.

_[signature]_ 10/1/2012

Signature of Affiant      Date

State of Michigan
County of Wayne
Sworn and subscribed before me this 1st day of October, in the year of 2012

_[signature]_ Notary Public
Notary Public
Commission Expiration: 2/23/2018

Katrena Marie Langdon
Notary Public of Michigan
Wayne County
Expires 02/23/2018
Acting in the County of Oakland

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CAITLIN DEMETSENARE, individually and all others Similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STEFANI GERMANOTTA, <br> aka LADY GAGA; <br> ATE MY HEART, INC.,, <br> A California Corporation, <br> MERMAID MUSIC, L.L.C; <br> A New York Corporation, <br> HOUSE OF GAGA PUBLISHING, INC. <br> A New York Corporation, <br> BRAVADO INTERNATIONAL GROUP <br> MERCHANDISING SERVICES, INC., <br> A Foreign Corporation, <br> LIVE NATION ENTERTAINMENT INC., <br> A Delaware Corporation, <br> LIVE NATION MERCHANDISE INC., <br> A Delaware Corporation, <br> UNIVERSAL MUSIC GROUP INC., <br> A Delaware Corporation. <br> Defendants. | Case No. 2:11-cv-12753 <br><br> Judge: Bernard A. Friedman |

## AFFIDAVIT

ROBERT DORR, being duly sworn states:

1. I am not a party and have no interest in this litigation.

2. I am an employee of National Print & Mail, Inc., located in Troy, Michigan.

3. I was hired by Oliver Law Group P.C. ("Plaintiff's Counsel") to provide potential Class Members via USPS mail (that had not provided e-mail addresses), the Amended Order Granting Preliminary Approval of Settlement and Directing Notice to Class, Amended Notice of Motion Hearing, and the Notice of Pendency of Class Action, Stipulation of Settlement, Settlement Hearing, and Right to Appear.

1

4. On September 24, 2012, Oliver Law Group PC hired National Print & Mail, Inc., located in Troy, Michigan to complete the final mailing of the remaining 5,480 potential class members via USPS mail.

5. On September 28, 2012, the Amended Order Granting Preliminary Approval of Settlement and Directing Notice to Class, Amended Notice of Motion Hearing, and the Notice of Pendency of Class Action, Stipulation of Settlement, Settlement Hearing, and Right to Appear was sent via USPS First Class mail to 5,480 potential class members.

Signature of Affiant: The undersigned declares, under penalty of perjury, that the foregoing is true and correct and that the deponent is over the age of 18 and is not a party to nor interested in this action.

_Robert Oan_     10/1/12

Signature of Affiant     Date

State of __MI__
County of __Oakland__
Sworn and subscribed before me this __1st__ day of __October__, in the year of __2012__

__[signature]__ Notary Public for __Macomb County__
Notary Public
Commission Expiration:

> DANIEL LeCORE
> NOTARY PUBLIC - MICHIGAN
> MACOMB COUNTY
> ACTING IN THE COUNTY OF OAKLAND
> MY COMMISSION EXPIRES DEC. 21, 2017

2