# EXHIBIT D

OLIVER LAW GROUP PC
Alyson Oliver (P55020)
950 W. University Drive, Suite 200
Rochester, MI 48307

## UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

CAITLIN DEMETSENARE,
    Individually and all others
    Similarly situated,
        Plaintiffs,

Case No. 11-12753
Hon. Bernard Friedman

Vs.

STEFANI GERMANOTTA,
    aka LADY GAGA;
ATE MY HEART, INC.,
    A California Corporation,
MERMAID MUSIC, L.L.C;
    A New York Corporation,
HOUSE OF GAGA PUBLISHING, INC.
    A New York Corporation,
BRAVADO INTERNATIONAL GROUP
MERCHANDISING SERVICES INC.,
    A Foreign Corporation,
LIVE NATION ENTERTAINMENT INC.,
    A Delaware Corporation,
LIVE NATION MERCHANDISE INC.,
    A Delaware Corporation,
UNIVERSAL MUSIC GROUP INC.,
    A Delaware Corporation.
        Defendants.

## AFFIDAVIT OF ALYSON OLIVER IN SUPPORT OF
## FINAL APPROVAL OF THE SETTLEMENT, CERTIFICATION OF THE
## CLASS AND AWARD OF ATTORNEY'S FEES AND EXPENSES

ALYSON OLIVER, being duly sworn states:

1. I attest that Oliver Law Group PC worked approximately 364.75 hours on the above referenced litigation, incurring $104,370.00 in fees.

2. Oliver Law Group PC incurred expenses of $10,710.74.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: October 4, 2012

				Alyson Oliver (P55020)
				**Oliver Law Group PC**
				950 W. University Drive, Suite 200
				Rochester, MI 48307
				(248) 327-6556
				Attorney for Plaintiff

State of Michigan
County of Wayne
Sworn and subscribed before me this 4th day of October, in the year of 2012

Katrena Marie Langdon, Notary Public for
Notary Public
Commission Expiration: 2/23/2018

Katrena Marie Langdon
Notary Public of Michigan
Wayne County
Expires 02/23/2018
Acting in the County of Oakland