# EXHIBIT E

Caitlin DeMetsenare

Oliver Law Group PC Lodestar Report

| ATTORNEY (Partners) | RATE | HOURS | TOTAL |
|---|---|---|---|
| AK (Ari Kresch) | 595.00 | 4 | 2380.00 |
| AO (Alyson Oliver) | 595.00 | 89 | 52,955.00 |
| ATTORNEY (Associates) | RATE | HOURS | TOTAL |
| MB (Matthew Barsenas) | 385.00 | 8.5 | 3,272.50 |
| SS (Stuart Shoup) | 385.00 | 1.5 | 577.50 |
| NS (Nick Suciu) | 385.00 | .5 | 192.50 |
| SUPPORT STAFF (Paralegals and Law Clerks) | RATE | HOURS | TOTAL |
| RE (Reed Eriksson) | 200.00 | .25 | 50.00 |
| LG (Leah Goddard) | 170.00 | 57.25 | 9,732.50 |
| LH (La'Kecha Hayes) | 170.00 | 43 | 7,310.00 |
| DH (Danelle Houde) | 175.00 | 47 | 8,225.00 |
| KL (Katrena Langdon) | 175.00 | 52 | 9,100.00 |
| MS (Meaghan Skillman) | 170.00 | 57.5 | 9,775.00 |
| ZW (Zipporah Waldman) | 200.00 | 2.25 | 450.00 |
| LW (Leisa Wilson) | 175.00 | 2 | 350.00 |
| **TOTALS** | | 364.75 | 104,370.00 |

*As of November 16, 2011, Stuart Shoup is no longer with the firm.

*As of February 23, 2012, Zipporah Waldman is no longer with the firm.

*As of March 21, 2012, Ari Kresch is no longer with the firm.

*As of March 21, 2012, Leisa Wilson is no longer with the firm.