# EXHIBIT F

# Statement

Kresch Oliver PLLC
26700 Lahser Rd
Suite 400
Southfield, MI 48033

| Date |
|---|
| 10/3/2012 |

**To:**
Caitlin DeMetsenare

| | Amount Due | Amount Enc. |
|---|---|---|
| | $350.00 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 12/31/2010 | Balance forward | | 0.00 |
| 06/24/2011 | Filing Complaint in the Eastern District of Michigan --- FF $350.00 | 350.00 | 350.00 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 350.00 | 0.00 | 0.00 | 0.00 | 0.00 | $350.00 |

# Statement

Oliver Law Group
950 W. University Dr.
Suite 200
Rochester, MI 48307

| Date |
|---|
| 10/3/2012 |

To:



Caitlin DeMetsenare

| | Amount Due | Amount Enc. |
|---|---|---|
| | $10,360.74 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 02/29/2012 | Balance forward | | 0.00 |
| 08/16/2012 | Due 10/03/2012.<br>PACER<br>--- Copy Services $0.40 | 0.40 | 0.40 |
| 08/16/2012 | Due 10/03/2012.<br>PACER<br>--- Copy Services $3.20 | 3.20 | 3.60 |
| 09/11/2012 | Due 09/11/2012.<br>Postage (.85 x 17) to Class Members<br>--- Postage (.85 x 17) to Class Members $14.45 | 14.45 | 18.05 |
| 09/11/2012 | Due 09/11/2012.<br>Postage (1.17 x 5) to Class Members<br>--- Postage (1.17 x 5) to Class Members $5.85 | 5.85 | 23.90 |
| 09/11/2012 | Due 09/11/2012.<br>Postage (Class notice)<br>--- Postage (Class notice) $1.92 | 1.92 | 25.82 |
| 09/11/2012 | Due 09/11/2012.<br>Postage (Class Notice .65 x 203)<br>--- Postage (Class Notice .65 x 203) $131.95 | 131.95 | 157.77 |
| 09/11/2012 | Due 09/11/2012.<br>Postage (Class Notice 1.85 x 1)<br>--- Postage (Class Notice 1.85 x 1) $1.85 | 1.85 | 159.62 |
| 09/11/2012 | Due 09/11/2012.<br>Innovative Computer: Mass e-mailing Class Notice of all identified Class Members<br>--- Innovative Computer: Mass e-mailing Class Notice of all identified Class Members $1,390.00 | 1,390.00 | 1,549.62 |
| 09/12/2012 | Due 09/12/2012.<br>Postage<br>--- Postage $1.49 | 1.49 | 1,551.11 |
| 09/12/2012 | Due 09/12/2012.<br>Postage<br>--- Postage $0.85 | 0.85 | 1,551.96 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 3.60 | 10,357.14 | 0.00 | 0.00 | 0.00 | $10,360.74 |

Page 1

# Statement

Oliver Law Group
950 W. University Dr.
Suite 200
Rochester, MI 48307

| Date |
|---|
| 10/3/2012 |

To:
Caitlin DeMetsenare


| | | Amount Due | Amount Enc. |
|---|---|---|---|
| | | $10,360.74 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 09/18/2012 | Due 09/18/2012.<br>Envelopes for Class Mailing<br>--- Envelopes for Class Mailing $81.62 | 81.62 | 1,633.58 |
| 09/18/2012 | Due 09/18/2012.<br>Envelopes for Class Notice<br>--- Envelopes for Class Notice $83.23 | 83.23 | 1,716.81 |
| 09/18/2012 | Due 09/18/2012.<br>Envelopes for Class Notice<br>--- Envelopes for Class Notice $113.49 | 113.49 | 1,830.30 |
| 09/18/2012 | Due 09/18/2012.<br>Office Depot: Paper cost for two reams of multipurpose paper to mail Class Notice<br>--- Office Depot: Paper cost for two reams of multipurpose paper to mail Class Notice $97.80 | 97.80 | 1,928.10 |
| 09/18/2012 | Due 09/18/2012.<br>Office Depot: Envelope labels for 2 packages for Class Notice<br>--- Office Depot: Envelope labels for 2 packages for Class Notice $53.98 | 53.98 | 1,982.08 |
| 09/20/2012 | Due 09/20/2012.<br>Postage<br>--- Postage $0.85 | 0.85 | 1,982.93 |
| 09/22/2012 | Due 09/22/2012.<br>Class Notice Postage (.45 x 53 mailings)<br>--- Class Notice Postage (.45 x 53 mailings) $23.85 | 23.85 | 2,006.78 |
| 09/22/2012 | Due 09/22/2012.<br>Class Notice Postage (mailed to France)<br>--- Class Notice Postage (mailed to France) $1.05 | 1.05 | 2,007.83 |
| 09/23/2012 | Due 09/23/2012.<br>Class Notice Postage (.45 x 561)<br>--- Class Notice Postage (.45 x 561) $252.45 | 252.45 | 2,260.28 |
| 09/23/2012 | Due 09/23/2012.<br>Class Notice Postage (.65 x 104)<br>--- Class Notice Postage (.65 x 104) $104.00 | 104.00 | 2,364.28 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 3.60 | 10,357.14 | 0.00 | 0.00 | 0.00 | $10,360.74 |

# Statement

Oliver Law Group
950 W. University Dr.
Suite 200
Rochester, MI 48307

| Date |
|---|
| 10/3/2012 |

To:

Caitlin DeMetsenare


| | Amount Due | Amount Enc. |
|---|---|---|
| | $10,360.74 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 09/23/2012 | Due 09/23/2012. Class Notice Postage (1.17 x 2 Candada) --- Class Notice Postage (1.17 x 2 Candada) $2.34 | 2.34 | 2,366.62 |
| 09/23/2012 | Due 09/23/2012. Class Notice Postage (.85 x 2) --- Class Notice Postage (.85 x 2) $1.70 | 1.70 | 2,368.32 |
| 09/23/2012 | Due 09/23/2012. Class Notice Postage (1.05 x 8) --- Class Notice Postage (1.05 x 8) $8.40 | 8.40 | 2,376.72 |
| 09/24/2012 | Due 09/24/2012. Postage advance to National Print & Mail, Inc. for Mass Mailing of Class Notice (Class Members with invalid e-mail addresses) --- Postage costs for Mass Mailing of Class Notice $2,644.00 | 2,644.00 | 5,020.72 |
| 09/24/2012 | Due 09/24/2012. Class Notice Postage (.45 x 401) --- Class Notice Postage (.45 x 401) $180.45 | 180.45 | 5,201.17 |
| 09/24/2012 | Due 09/24/2012. Class Notice Postage (.65 x 222) --- Class Notice Postage (.65 x 222) $144.30 | 144.30 | 5,345.47 |
| 09/24/2012 | Due 09/24/2012. Class Notice Postage (1.92 x 2 Australia, Netherlands) --- Class Notice Postage (1.92 x 2 Australia, Netherlands) $3.84 | 3.84 | 5,349.31 |
| 09/24/2012 | Due 09/24/2012. Class Notice Postage (.85x 4) --- Class Notice Postage (.85x 4) $3.40 | 3.40 | 5,352.71 |
| 09/25/2012 | Due 09/25/2012. Postage --- Postage $0.85 | 0.85 | 5,353.56 |
| 10/01/2012 | Due 10/01/2012. National Print & Mail, Inc. fee for Class Notice Mailing to all potential Class Members (with invalid e-mail addresses) --- Class Notice Mailing to all potential Class Members $5,007.18 | 5,007.18 | 10,360.74 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 3.60 | 10,357.14 | 0.00 | 0.00 | 0.00 | $10,360.74 |