# UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

_____

CAITLIN DEMETSENARE,
    Individually and all others
    Similarly situated,
        Plaintiffs,

                              Case No. 11-12753
                              Hon. Bernard Friedman

    Vs.

STEFANI GERMANOTTA,
    a.k.a. LADY GAGA;
ATE MY HEART, INC.,
    A California Corporation,
MERMAID MUSIC, L.L.C;
    A New York Corporation,
HOUSE OF GAGA PUBLISHING, INC.
    A New York Corporation,
BRAVADO INTERNATIONAL GROUP
MERCHANDISING SERVICES INC.,
    A Foreign Corporation,
LIVE NATION ENTERTAINMENT INC.,
    A Delaware Corporation,
LIVE NATION MERCHANDISE INC.,
    A Delaware Corporation,
UNIVERSAL MUSIC GROUP INC.,
    A Delaware Corporation.
        Defendants.
_____

## **CERTIFICATE OF SERVICE**

    The foregoing document was served via CM/ECF system to all interested parties by the undersigned on the date listed below.

Dated:  October 4, 2012

        Respectfully submitted,

    /s/Alyson Oliver_____
    Alyson Oliver (P55020)
    **Oliver Law Group, P.C.**
    950 W. University Dr.,
    Ste. 200
    Rochester, MI  48307
    Telephone: (248) 327-6556
    Email: aoliver@olverlg.com