UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

CAITLIN DEMETSENARE,
  Individually and all others
  Similarly situated,
    Plaintiffs,

Case No. 11-12753
Hon. Bernard Friedman

Vs.

STEFANI GERMANOTTA,
  aka LADY GAGA;
ATE MY HEART, INC.,
  A California Corporation,
MERMAID MUSIC, L.L.C;
  A New York Corporation,
HOUSE OF GAGA PUBLISHING, INC.
  A New York Corporation,
BRAVADO INTERNATIONAL GROUP
MERCHANDISING SERVICES INC.,
  A Foreign Corporation,
LIVE NATION ENTERTAINMENT INC.,
  A Delaware Corporation,
LIVE NATION MERCHANDISE INC.,
  A Delaware Corporation,
UNIVERSAL MUSIC GROUP INC.,
  A Delaware Corporation.
    Defendants.

---

## ORDER AND FINAL JUDGMENT

The Court having set and held a hearing to approve the final judgment and class certification in this matter in accord with the Court's August 28, 2012 Order, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, this Ninth day of October, 2012, that:

1. Based on the record of the Action, each of the provisions of Rule 23(a) of the Federal Rules of Civil Procedure has been satisfied and the Action has been properly maintained according to the provisions of Rules 23(b)(1) and (b)(2). Specifically, this Court finds that (a) the Class is so numerous that joinder of all members is impracticable, (b) there are questions of law or fact common to the Class, (c) the claims or defenses of the representative parties are typical of the claims or defenses of the Class and (d) the representative parties have fairly and adequately protected the interest of the Class.

2. The Action is certified as a class action, pursuant to Rules 23(b)(1) and (b)(2) of the Federal Rules of Civil Procedure, on behalf of a Class consisting of all persons who purchased a Pray for Japan wristband from one or more of the Defendants during the time period from March 11, 2011 through October 9, 2012 including any and all of their respective successors in interest, predecessors, representatives, trustees, executors, administrators, heirs, assigns or transferees, immediate and remote, and any person or entity acting for or on behalf of, or claiming under any or each of them (the "Class"). Caitlin DeMetsenare is permanently certified as representative of the Class, and it is found that the representative was adequately represented by her counsel of record, and that the representative fairly and adequately protected the interests of the Class.

3. On or before September 28, 2012, the Notice was disseminated, as provided for in the Order dated August 28, 2012, and as stated in the proof of mailing filed with the

Court by plaintiffs. The form and manner of notice given to the Class is hereby determined to have been the best notice practicable under the circumstances, to have been given in full compliance with the requirements of due process and Rule 23, and to constitute full and adequate notice to the Class.

4. All members of the "non-opt out" Class are bound by the Order and Final Judgment entered herein, as full and adequate notice of the proceedings was given and as a full opportunity to be heard was provided to members of the Class. No putative class member appeared at the hearing nor filed objections with the Court.

5. The parties to the Settlement are directed to comply with the Stipulation of Settlement [DE 24] in accordance with its terms and provisions, the terms of which are incorporated herein by reference and made a part of this Judgment.

6. Plaintiff's counsel are hereby awarded fees and expenses in the total amount of $107,500.00 in connection with the Action (of which up to $7,500 may be paid to Plaintiff in the form of an incentive award), which fees and expenses the Court finds to be fair and reasonable.

7. This is a final order and closes this case. Without affecting the finality of this Order and Final Judgment in any way, the Court reserves jurisdiction over all matters relating to the administration and consummation of the Settlement in accordance with the Settlement.

Date: October 10, 2012

s/Bernard A. Friedman
_____
Hon. Bernard Friedman